**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey B. CLARKE, Petitioner**

No. 463 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**